IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

HARRY WILLIAM LOTT,

    Plaintiff,

v.

    CASE NO. 2:12-cv-1089
    Judge Sargus
    Magistrate Judge King

MARIETTA MUNICIPAL COURT,
*et al.*,

    Defendants.

## ORDER

On November 29, 2012, the United States Magistrate Judge recommended that this action be dismissed for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. *Order and Report and Recommendation*, Doc. No. 3. Although plaintiff was advised of his right to object to that recommendation and of the consequences of his failure to do so, plaintiff has not filed an objection.

The *Report and Recommendation*, Doc. No. 3, is **ADOPTED AND AFFIRMED.**

This action is hereby **DISMISSED** for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

12-15-2012
Date

Edmund A. Sargus, Jr.
United States District Judge