AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**HARRY WILLIAM LOTT,**

       **Plaintiff,**

                              **JUDGMENT IN A CIVIL CASE**

**v.**

**MARIETTA MUNICIPAL**         **CASE NO.  C2-12-1089**
**COURT, et al.,**                      **JUDGE EDMUND A. SARGUS, JR.**
                                     **MAGISTRATE JUDGE NORAH MCCANN KING**

       **Defendants.**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the ORDER filed December 19, 2012, JUDGMENT is hereby entered DISMISSING this action.**

Date: December 19, 2012                          JOHN P. HEHMAN, CLERK

                                            */S/ Andy F. Quisumbing*
                                           (By) Andy F. Quisumbing
                                           Courtroom Deputy Clerk