AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**HARRY WILLIAM LOTT,**

       **Plaintiff,**

**v.**

       **JUDGMENT IN A CIVIL CASE**

**MARIETTA MUNICIPAL COURT, et al.,**

       **CASE NO. C2-12-1089**
       **JUDGE EDMUND A. SARGUS, JR.**
       **MAGISTRATE JUDGE NORAH MCCANN KING**

       **Defendants.**

\_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the ORDER filed December 19, 2012, JUDGMENT is hereby entered DISMISSING this action.**

Date: December 19, 2012        JOHN P. HEHMAN, CLERK

       */S/ Andy F. Quisumbing*
       (By) Andy F. Quisumbing
       Courtroom Deputy Clerk